IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**REBECCA LYNN BUMGARDNER**                                **PLAINTIFF**

**v.**                                         **No. 1:24CV153-SA-JMV**

**SHERIFF EDDIE HAWKINS, ET AL.**                       **DEFENDANTS**

### ORDER *DENYING* PLAINTIFF'S MOTION [10] FOR DISCOVERY

The *pro se* prisoner plaintiff has filed a motion [10] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983. The plaintiff is currently incarcerated at Delta Correctional Facility. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order, which will issue when the defendants answer the complaint. The court is presently reviewing the plaintiff's allegations for merit, as required under 28 U.S.C. § 1915A. As the court has not yet set forth the discovery permitted in this case, the plaintiff is not entitled to conduct discovery at this time. The motion [10] is, therefore, **DENIED**, but without prejudice to the plaintiff's ability to seek additional discovery after the court issues a scheduling order.

**SO ORDERED**, this, the 26th day of February, 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE