IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**REBECCA LYNN BUMGARDNER**             **PLAINTIFF**

**v.**             **No. 1:24CV153-SA-JMV**

**SHERIFF EDDIE HAWKINS, ET AL.**             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g). As discussed in the court's memorandum opinion the plaintiff's motions [21], [24] to amend are **GRANTED**; the plaintiff's motion [23] to extend the show cause response deadline is **DISMISSED** as moot.

**SO ORDERED**, this, the 5th day of February, 2026.

                                        /s/ Sharion Aycock
                                        SENIOR UNITED STATES DISTRICT JUDGE